```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF KENTUCKY
```
                          **LEXINGTON**

| | |
|---|---|
| EDWARD L. ABNEY, BARBARA ALLEN, ) | |
| JAMES DAY, ROBERT GREEN, ) | |
| DELBERT JACKSON, JAMES PUGH, ) | |
| ROGER THACKER, and DANIEL ) | Civil Action No. 5:05-CV-254-JMH |
| HUNTER WEBSTER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER** |
| v.  ) | |
| ) | |
| AMGEN, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

                    **    **    **    **    **

The plaintiffs, by counsel, having filed a voluntary notice of dismissal in this matter [Record No. 39], and the Court being sufficiently advised,

**IT IS ORDERED:**

(1) That all claims against the defendant, Amgen, Inc., be, and the same hereby are **DISMISSED WITH PREJUDICE.**

(2) That the matter be, and the same hereby is, **STRICKEN FROM THE ACTIVE DOCKET.**

(3) That each party shall bear its own costs and attorney's fees.

This the 15th day of May, 2006.



**Signed By:**

**_Joseph M. Hood_**

**United States District Judge**